FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Criminal Case No. 08CR662-W |
| v. | I N F O R M A T I O N |
| JORGE AYALA-HURD, Defendant. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

Count 1

On or about February 5, 2008, within the Southern District of California, defendant JORGE AYALA-HURD, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 7.35 kilograms (16.17 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

//

CJB:mg:San Diego
2/20/08

Count 2

On or about February 5, 2008, within the Southern District of California, defendant JORGE AYALA-HURD, did knowingly and intentionally import 50 grams or more, to wit: approximately 6.30 kilograms (13.86 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 3/5/08.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney