AO 455(Rev. 5/85) Waiver of Indictment

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

JORGE AYALA-HURD

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 662-W

I, JORGE AYALA-HURD, the above named defendant, who is accused of committing the following offenses:

Count 1: Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

Count 2: Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/6/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Jorge Ayala
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER